UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
x------------------------------------------------------------x
MIGUEL LOPEZ, Individually and on behalf of similarly situated,

      Plaintiffs,

  -against-

ANGELITO AUTO REPAIR, INC. (D/B/A ANGELITO AUTO REPAIR), ANGELITO GUZMAN

      Defendants.
x------------------------------------------------------------x

Civil Action No. 17 CV 1668 (ARR)(CLP)

DECLARATION OF
ROYA MOGHADASSI-WEISS

ROYA MOGHADASSI-WEISS, hereby declares:

 1. I am the attorney for defendants in this action and I am admitted to practice before this Court.

 2. This declaration is submitted in support of defendants' motion for an order vacating the default entered by clerk of court, pursuant to Rule 59 (c) of Federal Rules of Civil Procedure.

 3. Attached hereto as Exhibit A is a copy of the search result from NYS Department of State, Division of Corporations, showing that Angelito Auto Repair, Inc. is not incorporated in this state.

 4. Attached hereto as Exhibit B is a copy of the search result from NYS Department of State, Division of Corporations, showing all the active or inactive business entities containing the name "Angelito," which excludes there named corporate defendant in the instant action, Angelito Auto Repair, Inc.

Executed on May 4, 2018, New York, New York

I declare under penalty of perjury that the foregoing is true and correct.

             _____/s/_____
             Roya Moghadassi-Weiss, Esq. (RM9643)

EXHIBIT A

# NYS Department of State

## Division of Corporations

## Informational Message

The information contained in this database is current through March 6, 2018.

---

No business entities were found for Angelito auto repair inc.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

EXHIBIT B

# NYS Department of State

## Division of Corporations

## Search Results

The information contained in this database is current through March 6, 2018.

A total of 7 entities were found.

**Entity Name**
ANGELITO CONSTRUCTION INC.
ANGELITO D. TAN, MD, P.C.
ANGELITO JUSAY PHOTOGRAPHY LLC
ANGELITO L. SEBOLLENA, M.D., P.C.
ANGELITO REALTY CORP.
ANGELITO RESTAURANT INC.
ANGELITO'S MEXICAN GROCERY, INC

Entities 1 to 7

The Entity Name column contains the entity names that were found based on your search criteria. To display information for an entity, tab to the entity name and press the enter key or click on the entity name. To revise your search criteria, tab to Revise Search Criteria and press the enter key or click on Revise Search Criteria. To start a new search, tab to New Search and press the enter key or click on New Search.

Revise Search Criteria New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us