O/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Miguel A. Lopez,

 Plaintiff

— against —

Angelitos Auto Repair Inc., and Angelito Guzman,

 Defendants.

17-CV-1668 (ARR) (CLP)

**Opinion & Order**

**Not for electronic or print publication**

Ross, United States District Judge:

  This Court has received the Report and Recommendation on the instant case dated May 30, 2018, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. Objections were due by June 13, 2018, but no objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." Finley v. Trans Union, Experian, Equifax, No. 17-CV-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd., 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

  Accordingly, defendants' motion is granted. Pursuant to Federal Rule of Civil Procedure 55(c), the Clerk of Court is respectfully directed to vacate its entry of default.

  SO ORDERED.

S/Allyne R. Ross
_____
Allyne R. Ross
United States District Judge

Dated: June 14, 2018
Brooklyn, New York