UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL LOPEZ, *individually and on behalf of others similarly situated*,<br><br>Plaintiff<br><br>— against —<br><br>ANGELITO GUZMAN, ANGELITO AUTO REPAIR,<br><br>Defendant. | 2017-cv-1668 (ARR)<br><br>**Opinion & Order**<br><br>Not for electronic or print publication |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated August 11, 2021, from the Honorable Cheryl L. Pollak, United States Chief Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the default should be re-entered and plaintiff's motion for default judgment is granted in the amount of $99,475, which includes backpay of $44,737.50, liquidated damages of $44,737.50, and statutory damages of $10,000. Plaintiff's counsel may file a supplemental request for

attorney's fees—as recommended in the Report and Recommendation—within thirty (30) days of this order. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:	September 3, 2021
	Brooklyn, New York